UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| NATHAN ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>MEAD JOHNSON NUTRITION CO.,<br><br>Defendant. | Cause No. 0:3:21-cv-00132 |

## ORDER OF DISMISSAL

This matter comes before the Court on the parties' Stipulation of Dismissal With Prejudice and Without Costs. The Court having reviewed the Stipulation, hereby dismisses this action with prejudice, each party to bear their own costs and fees.

**SO ORDERED:**

\_\_\_\_6/02/2022_____
Date

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.